DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Criminal Action No. 2004-0105 |
| v. | ) ) |  |
| **ANGEL RODRIGUEZ, et. al.,** | ) ) |  |
| **Defendants.** | ) ) |  |

**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
  *For the Government*

**Angel Rodriguez**
  *Defendant Pro Se*

## ORDER

**UPON CONSIDERATION** of Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 896) regarding Defendant Angel Rodriguez's Motion to Vacate (Dkt. No. 746); the Government's Response to Defendant Rodriguez's Motion to Vacate (Dkt. No. 826); Defendant Rodriguez's Reply (Dkt. No. 833); the Government's Supplemental Brief (Dkt. No. 895); Defendant Rodriguez's Objections to Magistrate Judge Cannon's R&R (Dkt. No. 899); and Defendant Rodriguez's First through Eighth Motions to Supplement his Motion to Vacate (Dkt. Nos. 811, 858, 863, 867, 955, 956, 981, 987); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 896) is **ADOPTED AS MODIFIED HEREIN**; and it is further

**ORDERED** that Defendant Rodriguez's Motion to Vacate (Dkt. No. 746) is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Defendant Rodriguez's Motion to Vacate is **GRANTED** insofar as the Court finds that two of Defendant Rodriguez's convictions—Count 6[1] and Count 9[2]—must be vacated; and it is further

**ORDERED** that the Court will schedule a resentencing hearing to address the seven counts for which Defendant Rodriguez's convictions remain valid by further Order of the Court; and it is further

**ORDERED** that Defendant Rodriguez's Motion to Vacate is otherwise **DENIED**.

**SO ORDERED.**

Date:  July 18, 2023

_____/s/_____
WILMA A. LEWIS
District Judge

---

[1] Count 6 is causing the death of a person through the use of a firearm, in violation of 18 U.S.C. § 924(j)(1). Count 6 is predicated upon Count 2, attempted Hobbs Act robbery in violation of 18 U.S.C. § 1951(a). (Dkt. No. 309 at 3, 7).

[2] Count 9 is using a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A). Count 9 is predicated upon Count 8, attempted carjacking in violation of 18 U.S.C. § 2119(1). (Dkt. No. 309 at 9, 10).